UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, et al., ) ) ) | |
| Plaintiffs ) ) | |
| v.  ) | Civil No. 07-57-B-W |
| ) DOES 1-22, ) ) | |
| Defendants ) | |

**ORDER RE: EXPEDITED DISCOVERY**

On May 3, 2007, a Complaint seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States, 17 U.S.C. § 101 et seq., together with an Ex Parte Motion for Leave to Take Immediate Discovery, were filed. Plaintiffs' Motion is hereby **GRANTED,** subject to the following limitations.

It is further ORDERED as follows:

1. Plaintiffs may take immediate discovery on the University of Maine System to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe Defendant, including name, address, telephone number, e-mail address, and Media Access Control addresses for each Doe Defendant. No further information about the Doe Defendants shall be revealed;

2. Plaintiffs may use the information obtained by this Rule 45 subpoena solely for the purpose of protecting Plaintiffs' rights under the Copyright Act;

3. Plaintiffs shall attach the Court Directed Notice Regarding Issuance of Subpoena, a copy of which is attached to this Order, to their Rule 45 subpoena. The Rule

45 subpoena shall instruct the University to distribute a copy of the Notice to each Doe Defendant within seven days of service of the subpoena;[1]

4. The Rule 45 subpoena shall also instruct the University not to respond to the subpoena until fourteen days after each Doe Defendant has received the Notice;

5. Any future notices to any defendant in this case or any related case filed in the District of Maine must be pre-approved by the Court and filed on the record.

*So Ordered.*

Dated May 7, 2007                         /s/ Margaret J. Kravchuk
                                          U.S. Magistrate Judge

---

[1] See UMG Recordings, Inc. v. Does 1-4, No. 06-0652 SBA, 2006 U.S.Dist. LEXIS 32821, 2006 WL 1343597, 64 Fed. R. Serv. 3d 305 (N.D. Ca. Mar. 6, 2006) (Chen, USMJ) (Finding it unnecessary to decide whether the Cable Communications Policy Act is applicable to this situation, but determining that such notice complies with 47 U.S.C. § 551(c)(2)(C)(i) and that, in any event, such notice is required in the interest of fairness and pursuant to the provisions of Rule 45 (c)(3)(A)(iii) and (iv).)