UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, et al., | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) Civil No. 07-57-B-W ) |
| DOES 1-22, | ) ) |
| Defendants | ) ) ) |

**Procedural Order**

A pro se filer has filed a letter request regarding the subpoena issued to the third party, University of Maine, in the above-referenced lawsuit, having apparently been notified by the University of Maine in accordance with my order that they intended to furnish plaintiff with information regarding an IP address assigned to the pro se filer. I have instructed the clerk to redact the name and identifying information from this letter and have attached it to this procedural order. If the pro se filer wishes to move to quash the subpoena, a motion to quash that complies with the Federal Rules of Civil Procedure and the Local Rules of this court must be filed with this court by June 18, 2007, and served upon the plaintiff. The motion should contain some legal basis in support of the request to quash the subpoena. In order to insure that the pro se filer's identity is not revealed to the plaintiff prior to the expiration of the time limits set forth in my earlier order and/or prior to my ruling on any motions to quash that may be filed with this court, the pro se filer, if he continues to appear in this court as a pro se litigant, shall submit two copies of all pleadings that he files, a redacted and unredacted identical copy of the pleading with

2

the unredacted copy being signed by the pro se filer and sealed by the court, but with the redacted copy being available on the public docket and simply signed with a John Doe 1 alias. A copy of this Procedural Order and Redacted Attachment has been mailed to the pro se filer.

*So Ordered.*

| | |
|---|---|
| May 30, 2007 | /s/ Margaret J. Kravchuk<br>U.S. Magistrate Judge |